NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA, *Appellee,*

*v.*

JAMES ROBERT PATTON, *Appellant.*

No. 1 CA-CR 24-0129

FILED 02-20-2025

Appeal from the Superior Court in Yavapai County
No. P1300CR202101227
The Honorable Krista M. Carman, Judge

**AFFIRMED**

COUNSEL

Arizona Attorney General's Office, Phoenix
By Alice Jones
*Counsel for Appellee*

Michael J. Dew Attorney at Law, Phoenix
By Michael J. Dew
*Counsel for Appellant*

---

## MEMORANDUM DECISION

Judge Angela K. Paton delivered the decision of the Court, in which Presiding Judge Cynthia J. Bailey and Judge Anni Hill Foster joined.

---

**P A T O N**, Judge:

**¶1**          James Patton appeals his convictions and sentences for attempted second-degree murder, first-degree burglary, and aggravated assault. Patton's counsel has advised us that after a diligent search of the record, counsel has found no arguable, non-frivolous questions of law and asks us to conduct an *Anders* review of the record. *See Anders v. California*, 386 U.S. 738 (1967); *State v. Leon*, 104 Ariz. 297 (1969). Patton had an opportunity to file a supplemental brief but did not. We have reviewed the record and find no reversible error. We therefore affirm.

### FACTS AND PROCEDURAL HISTORY

**¶2**          On August 23, 2021, Steve[1] was asleep in his recreational vehicle when someone stabbed him in the back of the neck. He attempted to get out of bed and was stabbed again—twice in the same spot and subsequently on both of his shoulders. He saw Patton holding a knife in the doorway of the vehicle. Patton then stabbed Steve in the chest.

**¶3**          A grand jury indicted Patton on one count of attempted first-degree murder, one count of first-degree burglary, and two counts of aggravated assault. At trial, the jury heard testimony from Steve that Patton stabbed him. The jury also heard evidence that Patton's DNA was found on clothing stained with Steve's blood.

**¶4**          The jury convicted Patton of attempted second-degree murder, first-degree burglary, and two counts of aggravated assault. It also found the State proved four aggravating factors as to all four offenses: infliction or threatened infliction of serious bodily injury; use, threatened use or possession of a deadly weapon or dangerous instrument during the commission of the crime; the victim suffered physical and/or emotional harm; and the defendant was convicted of a prior felony offense. Patton

---

[1] We use a pseudonym to protect the victim's identity. *See* Ariz. R. Sup. Ct. 111(i).

was present at his trial and sentencing hearing. The superior court imposed concurrent sentences, the longest of which was 18 years, with 907 days of presentence incarceration credit.[2]

## DISCUSSION

**¶5**    We have considered counsel's brief and reviewed the entire record for reversible error. *See State v. Clark*, 196 Ariz. 530, 537, ¶ 30 (App. 1999). We find none. The record contains sufficient evidence to support Patton's convictions and sentences. The record reflects that Patton was present and represented by counsel for all critical stages of the proceedings. All proceedings were conducted in compliance with the Arizona Rules of Criminal Procedure, and Patton's sentences were within the statutory guidelines.

## CONCLUSION

**¶6**    We affirm Patton's convictions and sentences. Upon the filing of this decision, Patton's counsel shall inform Patton of the status of the appeal and his future options. Counsel has no further obligations unless, upon review, counsel finds an issue appropriate for submission to the Arizona Supreme Court by petition for review. *See State v. Shattuck*, 140 Ariz. 582, 584-85 (1984). Patton has thirty days from the date of this decision to proceed, if he desires, with a pro per motion for reconsideration or petition for review.



MATTHEW J. MARTIN • Clerk of the Court
**FILED**:    JR

---

[2] At Patton's sentencing hearing for this case, he also pled guilty to misconduct involving weapons in a separate case number, CR 2021-01366, and was sentenced to two-and-a-half years concurrent with the sentences he received in this matter.